UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREY ROSE,

                    Petitioner,                    Case No. 2:17-cv-10836
                                                   Hon. Paul D. Borman
v.

CATHERINE BAUMAN,

                    Respondent.
_____/

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL [Dkt. 3]**

On March 16, 2017, Petitioner Karey Rose, a state inmate, filed a petition for

a writ of habeas corpus under 28 U.S.C. § 2254, alleging that he is incarcerated in

violation of his constitutional rights. Pending before the Court is Petitioner's motion

to appoint counsel. For the reasons set forth below, the Court will deny the motion

without prejudice.

The constitutional right to counsel in criminal proceedings provided by the

Sixth Amendment does not apply to an application for writ of habeas corpus, which

is a civil proceeding. *Cobas v. Burgess*, 306 F.3d 441, 444 (6th Cir. 2002). The Court

has broad discretion in determining whether counsel should be appointed. *Childs v.

Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987). A habeas petitioner may obtain

representation at any stage of the case "[w]henever the United States magistrate or the

court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B).

In this case, the Court has yet to receive a response from Respondent to the petition.

The Court therefore finds that it is premature to determine whether justice requires

appointment of counsel. The Court will reconsider this request on its own motion

when it reviews the answer and state court record.

Accordingly, **IT IS ORDERED** that Petitioner's motion for appointment of

counsel is **DENIED WITHOUT PREJUDICE**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each
attorney or party of record herein by electronic means or first class U.S. mail on June
1, 2017.

s/Deborah Tofil
Case Manager
